UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-529 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MICHAEL ANTHONY SANTOS, | ) | |
| Defendant. | ) | |

Offense charged:    Felon in Possession of a Firearm and Ammunition

Date of Detention Hearing:    October 19, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged with unlawful possession of a semi-automatic pistol and ammunition, after having been convicted of crimes that prohibit him form possessing firearms

or ammunition.

(2) Defendant was not interviewed by Pretrial Services. Much of his background information is unknown or unverified. His criminal history includes multiple failures to appear for hearing with resultant bench warrant activity, and prior firearms charges. He is on active supervision with the Washington State Department of Corrections. He does not contest detention.

(3) Defendant poses a risk of nonappearance due to unknown or unverified background information, a significant history of failing to appear, a history of failing to comply with court orders/supervision and a pending Attempt to Elude charge. He poses a risk of danger due to alleged gang activity, the nature of the charges, his status on active court supervision, a history of failing to comply with court orders and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>19th</u> day of October, 2008.

                                                                                        Mary Alice Theiler
United States Magistrate Judge